1 | DAVID J. COOK, ESQ. (State Bar # 060859)
  | ROBERT J. PERKISS, ESQ (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
  | A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
  | San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 43,293

7 | Attorneys for Plaintiff
  | JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOE HAND PROMOTIONS, INC., | ) | CASE NO. CV-98-4355-RMT (Ex) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |
| VICTOR METAXAS and PHYLLIS M. METAXAS, individually and d/b/a CLUB NOCTURNO a/k/a ACAPULCO CLUB, | ) ) ) ) ) | |
| Defendants. | ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants VICTOR METAXAS and PHYLLIS M. METAXAS, individually and d/b/a CLUB NOCTURNO a/k/a ACAPULCO CLUB, entered on 7/1/99 be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment    $6,800.00
    b. Costs after judgment    $ -0-
    c. Attorneys fees:    $ -0-
    d. Subtotal (*add a and b*)    $6,800.00

|   |   |
|---|---|
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $6,800.00 |
| g. Interest after judgment | $1,700.00 |
| h. Fee for filing renewal application | $ -0- |
| I. **Total renewed judgment** *(add e, 5, and g)* | $8,500.00 |

DATED: 09/04/08             CLERK, by _____,
                            Lori Muraoka
                            Deputy

F:\USERS\DJCNEW\CLUBNOCTURNO.renewal